# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 8, 2021

VIA CM/ECF
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

                Re:    **Girotto v. Brompton Bicycle, Inc.**
                        **Case 1:20-cv-10955-RA**

Dear Judge Abrams:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 19, 2021, at 11:15 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 17 & D.E. 18]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Sincerely,<br><br>
By: /S/   B. Bradley Weitz<br>
    B. Bradley Weitz, Esq. (BW9365)<br>
    THE WEITZ LAW FIRM, P.A.<br>
    Attorney for Plaintiff<br>
    Bank of America Building<br>
    18305 Biscayne Blvd., Suite 214<br>
    Aventura, Florida 33160<br>
    Telephone: (305) 949-7777<br>
    Facsimile:  (305) 704-3877<br>
    Email: bbw@weitzfirm.com

---

Application granted. The deadline for Defendants to answer or otherwise respond to the complaint is hereby extended to April 19, 2021.

The telephone conference scheduled for March 19, 2021 is hereby adjourned to Friday, May 7, 2021 at 11:00 a.m. The joint letter described in the initial order shall be due April 30, 2021.

SO ORDERED.

_[signature]_
Hon. Ronnie Abrams
03/09/2021