

Tara L. Pehush
tara.pehush@klgates.com

T 212-536-4852
F 212-536-3901

April 15, 2021

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

    **Re:**    Girotto v. Brompton Bicycle, Inc., et al.
             **SDNY Case No. 1:20-cv-10955-RA**

Dear Judge Abrams:

    This office was recently retained to represent Brompton Bicycle, Inc. ("Brompton Bicycle"). The current deadline for Brompton Bicycle to respond to Plaintiff's Complaint is April 19, 2021. Upon an application from Plaintiff (Doc. #19), which was made before Brompton Bicycle received Notice of Service of Process, this Court extended Defendants' time to answer or otherwise respond to Plaintiff's Complaint to April 19, 2021 (Doc. #20). Plaintiff has kindly agreed to extend Brompton Bicycle's time to answer or otherwise respond to his Complaint to May 19, 2021. In addition, this matter is scheduled for an initial conference on May 7, 2021. Plaintiff and Brompton Bicycle are happy to appear on that date but have also agreed to adjourn the conference until after Brompton Bicycle has responded to Plaintiff's Complaint.

Thank you for your consideration.

Respectfully,

/s/ Tara L. Pehush

Tara L. Pehush

cc:    B. Bradley Weitz, Esq. (via ECF)

---

Application granted. Defendant shall respond to the complaint by May 19, 2021. The telephone conference scheduled for May 7, 2021 is hereby adjourned to June 4, 2021 at 2:30 p.m. The joint letter described at Dkt. 11 shall be due by May 28, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
04/16/2021

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900   F +1 212 536 3901   klgates.com